IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| YUSUF SHABAZZ, | |
|          Petitioner | |
| VS. | CIVIL ACTION NO.: 5:07-CV-413 (HL) |
| THALRONE WILLIAMS, | |
|          Respondent | |

**ORDER**

Petitioner **YUSUF SHABAZZ** has filed a notice of appeal (R. at 50, 51) from the Court's Order that denied his 28 U.S.C. § 2254 petition. (R. at 48). The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). ***Edwards v. United States***, 114 F.3d 1083 (11th Cir. 1997). Under § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in this Court's May 18, 2010 Order, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

Also before the Court is petitioner's motion for leave to proceed *in forma pauperis* on appeal (R. at 52). Said motion is **DENIED AS MOOT**.

**SO ORDERED**, this 21st day of June, 2010.

                                          *s/ Hugh Lawson*
                                          HUGH LAWSON
                                          UNITED STATES DISTRICT COURT

lnb